UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

In re: Andrea K. Tantaros,

*Petitioner.*

v.                                                                                                  Case No. 25-1091

United States District Court for the Southern District of New York

### CERTIFICATE OF SERVICE FOR LETTER CORRESPONDENCE TO CHIEF JUDGE DEBRA ANN LIVINGSTON SEEKING EXPEDITED REVIEW OF PENDING WRIT OF MANDAMUS

I, Andrea K. Tantaros, being duly sworn and state as follows under penalty of perjury:

1. I am over the age of 18. I submit this Certificate of Service in support of my compliance with Federal Rules of Appellate Procedure.

2. On July 31, 2025, I caused a true and correct copy of Petitioner's Letter Correspondence to Chief Judge Debra Ann Livingston and Clerk of Court Catherine O'Hagan Wolfe regarding my Writ of Mandamus via the Court's ACMS System on all counsel of record, including five (5) exhibits in support.

3. On Tuesday, July 29, 2025 at 7:37 p.m. EDT, I filed this document, including five (5) individually labeled exhibits in support via the Court's New Cases Intake Filing Office at newcases@ca.2.uscourts.gov as directed by the court for filing of documents by pro se parties. I clearly labeled the document "Letter to Chief Judge Debra Ann Livingston and Clerk of Court Wolfe".[1] Five exhibits were filed separately and individually labeled per FRAP.

---

[1] The Letter Correspondence was erroneously docketed by the court as a Motion—not a LETTER—(See Dkt. No 29), "MOTION, to expedite appeal". The document with accompanying five (5) exhibits is neither a Motion, nor does it pertain to any appeal before this court. The matter before this court is a Writ of Mandamus. The filing is a

4.  I further certify that I caused a true and correct copy of the Letter Correspondence to Chief Judge Debra Ann Livingston and Clerk of Court Catherine O'Hagan Wolfe to be served via USPS First Class Certified Mail with signature required and receipt requested to Chief Judge Debra Ann Livingston and Clerk of Court, Catherine O'Hagan Wolfe and Daniel Ortiz, Deputy Clerk of Court to:

    Chief Judge Debra Ann Livingston
    United States Court of Appeals for the Second Circuit
    Thurgood Marshall Courthouse
    40 Foley Square
    New York, 10007

    Catherine O'Hagan Wolfe, Clerk of Court
    United States Court of Appeals for the Second Circuit
    Thurgood Marshall Courthouse
    40 Foley Square
    New York, 10007

    Daniel Ortiz, Deputy Clerk of Court
    United States Court of Appeals for the Second Circuit
    Thurgood Marshall Courthouse
    40 Foley Square
    New York, 10007

5.  I further certify that I caused a true and correct copy to be served via USPS Certified First Class Mail to:

    Paul C. Evans
    Paul Hastings, LLP
    200 Park Avenue
    New York, New York
    *Counsel for Fox News Network, LLC, Suzanne Scott, Irena Briganti, Dianne Brandi*

---

LETTER, formatted appropriately as same, not a Motion. On July 31, 2025, I sent a memorialized, formal written request for correction to newcases@ca.2.uscourts.gov to correct the error and label the filing appropriately as to avoid prejudice, confusion, misrouting, and preserve United States Second Circuit docket integrity. Failing to adhere to the standards of filing on federal dockets, or failing to accurately file documents and correct falsely titled court filings when required constitutes obstruction of justice and potential irreparable harm.

       Marion Bachrach
       Holland & Knight
       737 Seventh Avenue
       New York, New York 10019
       *Counsel for William Shine*

       Brendan Carroll
       Quinn Emanuel
       295 Fifth Avenue
       9th Floor
       New York, New York 10019
       *Counsel for Elizabeth Ailes of Behalf of The Estate of Roger Ailes*

Dated: July 31, 2025

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Petitioner*

       302A West 12th Street
       Suite 120, New York, New York 10019
       Tel: 917.923.5169